WOLVERINE LUMBER CO. *v.* LIVERPOOL & LONDON & GLOBE INSURANCE CO.

Fire Insurance—Property Covered—Construction of Policy. This case, involving the construction of a fire-insurance policy as to the property covered, is ruled by the case of *Wolverine Lumber Co.* v. *Palatine Insurance Co.,* ante, 432.

Error to Bay; Shepard, J. Submitted January 19, 1905. (Docket No. 83.) Decided March 21, 1905.

Assumpsit by the Wolverine Lumber Company, Limited, against the Liverpool & London & Globe Insurance Company, of Liverpool, England, on a policy of insurance. There was judgment for plaintiff on verdict directed by the court, and defendant brings error. Affirmed.

*T. A. E. & J. C. Weadock,* for appellant.

*Lewis P. Coumans (Pierce & Kinnane,* of counsel), for appellee.

Blair, J. The facts in this case are identical with those in the case of *Wolverine Lumber Co.* v. *Insurance Co.,* ante, 432, and the case is ruled by the decision in that case. The judgment is accordingly affirmed.

McAlvay, Grant, Montgomery, and Ostrander, JJ., concurred.